# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>PLAINTIFF<br><br>v.<br><br>JAMIE ALEXANDRA MOODY,<br><br>DEFENDANT<br><br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT,<br><br>PARTY-IN-INTEREST | No. 1:25-cv-00062-JAW |

**ANSWER OF PARTY-IN-INTEREST THE UNITED STATES OF AMERICA**

NOW COMES Party-In-Interest, the United States of America, on behalf of its agency Secretary of Housing and Urban Development (collectively "the United States"), by undersigned counsel, and answers Plaintiff's Complaint as detailed below. The United States answers in this civil case between private parties to confirm that the Complaint accurately reflects the federal secured interest and the federal priority position. Given the absence of any factual or legal dispute with respect to the United States, the United States does not intend to further appear or respond to process unless required by the Court, and requests that this matter to be handled in accordance with routine foreclosure procedure. The United States reserves all rights to later participate in the lawsuit to the extent necessary.

1. The United States admits the allegations in paragraphs 9 and 20 of the Complaint regarding its address and existence of its mortgage, the details of which are set forth in the attached certificate of indebtedness, which is incorporated by reference.

2. With respect to the remaining allegations asserted in the Complaint, the United States is without sufficient knowledge or information to form a belief as to the truth or falsity of such allegations and, on that basis, denies the same.

3. Except as expressly admitted in this Answer, the United States denies the allegations asserted in the Complaint.

WHEREFORE, the United States respectfully requests:

(a) That when and if the Court determines the Defendant is in default under the terms and conditions of the Plaintiff's Mortgage, and therefore determines breach, that the Court determine the amount and order of priority of the United States in the mortgaged property by virtue of its mortgage;

(b) That the Court issue a Judgment setting forth the priority of the United States in the property and the amounts due to it;

(c) That the judgment provides for the United States' Right of Redemption under 28 U.S.C. §2410(c) and 26 U.S.C. §7425; and

(d) Grant such other and further relief as this Court may deem just and proper.

Dated: June 10, 2025

Respectfully submitted

CRAIG WOLFF
ACTING UNITED STATES ATTORNEY

/s/ Andrew K. Lizotte
Andrew K. Lizotte
Chief, Civil Division
100 Middle Street
6th Floor, East Tower
Portland, ME 04101
(207) 262-4636
Andrew.Lizotte@usdoj.gov
*Counsel for Party-In-Interest*
*The United States of America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2025, I electronically filed the foregoing using the CM/ECF system which will send a notification of same to all counsel of record who are registered CM/ECF users. I further certify that I have mailed copies of the foregoing Answer via first-class mail to the following:

Reneau J. Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

Jamie Alexandra Moody
76 Lincoln Avenue
Gardiner, ME 04345

                          CRAIG WOLFF
                          ACTING UNITED STATES ATTORNEY

                          /s/ Andrew K. Lizotte
                          Andrew K. Lizotte
                          Chief, Civil Division
                          *Counsel for Party-In-Interest*
                          *The United States of America*